UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL AMARAL | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | Civil Action No. |
| v. | ) | 04-11778-GAO |
| | ) | |
| PENN MARITIME, INC. | ) | |
| | ) | |
|    Defendant | ) | |
| | ) | |

MOTION OF DEFENDANT PENN MARITIME, INC.
TO EXTEND DATE FOR FILING SCHEDULING ORDER TO JANUARY 3, 2005

     Defendant Penn Maritime, Inc., by its attorneys, now moves this Honorable Court to permit the filing of the Parties joint statement with proposed scheduling order on January 3, 2005, rather than December 28, 2004 as ordered on December 21, 2004 in open court.

     As reason therefor, the undersigned states that he had to recover his PIN and Password for his CM/ECF account in order to make the appropriate electronic filing. That process being complete, the parties scheduling order is filed herewith.

     The undersigned apologizes for the delay.

     Wherefore the parties pray that this Motion may be allowed.

                                  Respectfully submitted

                                  PENN MARITIME, INC.

                                  By its attorney,

Dated: January 3, 2005        /s/Timothy R. McHugh
                                        Timothy R. McHugh

                              B.B.O. No. 335480
                              P.O. Box 211
                              Southborough MA 01772
                              (617) 593-5405

Michael Amaral

By His Attorneys,

/s/__ John E. Sutherland _____
John E. Sutherland, BBO# 488960
Angela H. Magary BBO# 644499
BRICKLEY, SEARS & SORETT, P.A.
75 Federal Street
Boston, MA 02110
      (617) 542-0896

> Certificate of Service
>
> I hereby certify that I served a copy of the within Answer on all counsel of record electronically this 3d day of January 2005.
>
> /s/Timothy R. McHugh