UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL AMARAL,  )
  )
  Plaintiff  )
  )   CIVIL ACTION NO.: 04-11778 GAO
  )
PENN MARITIME, INC.,  )
  )
  Defendant  )

### RULE 16.1 CERTIFICATION OF PLAINTIFF

We hereby certify that we have conferred, pursuant to Local District Court Rule 16.1, with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation of this matter and have discussed the possibility of utilizing the alternative dispute resolution programs, such as those outlined in Local Rule 16.4, to resolve this matter without trial.

PLAINTIFF:

_/s/ Michael Amaral_
Michael Amaral

By:
PLAINTIFFS' COUNSEL:

_/s/ John E. Sutherland_
John E. Sutherland, Esq.
Angela H. Magary, Esq.
BRICKLEY, SEARS & SORETT, P.A.