UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
MICHAEL AMARAL,            )
                           )
    Plaintiff              )
                           )
v.                         )          CIVIL ACTION
                           )          NO.:  04-11778 GAO
PENN MARITIME, INC.,       )
                           )
    Defendant              )
_____)

## RULE 16.1 CERTIFICATION OF DEFENDANT

I hereby certify that we have conferred, pursuant to Local District Court Rule 16.1, with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation of this matter and have discussed the possibility of utilizing alternative dispute resolution programs, such as those outlined in Local Rule 16.4, to resolve this matter without trial.

    Defendant

    Penn Maritime, Inc.

    By: /s/_____
    Timothy R McHugh (B.B.O. #335480)
    P.O. Box 211
    Southborough MA 01772
    (617) 593-5405