UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL AMARAL

Plaintiff,

v.

PENN MARITIME, INC.,

Defendant.

Civil Action
No. 04-11778 GAO

**AFFIDAVIT OF GINO A. ZONGHETTI**

Gino A. Zonghetti, being duly sworn, deposes and says:

a. I am a member of the firm of Kenny Stearns & Zonghetti , of N.Y., and a member in good standing of the Bars of the State of New York, and the United States District Court for the Southern District of New York.

b. I am in good standing in every jurisdiction where I have been admitted to practice;

c. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

d. I am familiar with the rules of the United States District Court for the District of Massachusetts.

e. I have represented defendant Penn Maritime, Inc. in maritime personal injury matters since 1989. Penn Maritime, Inc. has requested that I represent its interests in this matter.

This Affidavit is submitted in support of Timothy R. McHugh, Esquire's Motion pursuant to Local Rule 83.5.3, seeking my admission *pro hac vice* in this matter.

FURTHER, your deponent sayeth not.

Pursuant to 28 U.S.C. §1746, I solemnly declare under penalty of perjury that the foregoing is true and correct.

Gino A. Zonghetti
Kenny Stearns & Zonghetti
26 Broadway
New York, N.Y. 10004-1882
(212) 422-6111



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Gino A. Zonghetti** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **9 th** day of **April 1986** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.




In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **September 13, 2004**

James Edward Pelzer

Clerk