UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------X
MICHAEL AMARAL,

           Plaintiff,

-against-                      CIVIL ACTION NO.: 04-11778 GAO

PENN MARITIME, INC.,

           Defendant.
---------------------------------------------X

ORDER

THIS MATTER HAVING been opened to the Court by motion of defendant Penn Maritime, Inc. for permission to access plaintiff's Criminal Offender Record Information, and upon good cause shown, it is here by

ORDERED that the Executive Office of Public Safety Criminal History Records Systems Board for the Commonwealth of Massachusetts provide all Criminal Offender Record Information for Plaintiff Michael Amaral (Social Security Number:      and Date of Birth:      ), to counsel for defendant, Timothy R. McHugh, 135 Great Plain Avenue, Wellesley MA 02482 and Gino A. Zonghetti, Kenny, Stearns & Zonghetti, 26 Broadway, New York, New York 10004

Dated:

_____

Exhibit "B"