UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------X

MICHAEL AMARAL,                    CIVIL ACTION
                                   04-11778 (GAO)
      Plaintiff,

-against-                          **SPECIAL VERDICT FORM**

PENN MARITIME, INC.

      Defendant.

------------------------------------------X

1.    Do you find that plaintiff has proven by a preponderance of the evidence that Penn Maritime, Inc. was negligent and that its negligence was a legal cause of plaintiff's injuries?

                      Yes___    No___

2.    Do you find that plaintiff has proven by a preponderance of the evidence that PENN NO. 2 was unseaworthy and that its unseaworthiness was a legal cause of plaintiff's injuries?

                      Yes___    No___

If your answer to either Question #1 or Question #2 was "yes," proceed to Question 3. If your answers to both Question #1 and Question #2 was "no," answer no further questions.

3.    Was the accident caused in part by plaintiff's own negligence?

                      Yes___    No___

4.    In what percentage did plaintiff's negligence contribute to the accident?

                      ___%

Kenny, Stearns & Zonghetti
26 Broadway
New York, New York 10004
(212) 422-6111

5. Set forth plaintiff's damages for :

    a.    Past lost wages:    $_____
    b.    Future lost wages:    $_____
    c.    Past pain and suffering:    $_____
    d.    Future pain and suffering:    $_____
    e.    Past medical expenses:    $_____
    f.    Future medical expenses:    $_____

Dated: March ___, 2006

                                                        _____
                                                        Jury Foreperson

Respectfully Submitted

Dated:        March 23, 2006

                                                    Attorneys for Defendants

                                                    By:    /s/ Gino A. Zonghetti
                                                             Gino A. Zonghetti
                                                               (GAZ-2647)
                                                              Kenny, Stearns & Zonghetti
                                                              26 Broadway
                                                              New York, New York 10004
                                                              (212) 422-6111

                                                              /s/ Timothy R. McHugh
                                                              Timothy R. McHugh
                                                              B.B.O. No. 335480
                                                             135 Great Plain Avenue
                                                              Wellesley MA 02482
                                                             (617) 593-5405

---

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 24, 2006.

    /s/Timothy R. McHugh
Timothy R McHugh,
B.B.O. #335480
135 Great Plain Avenue
Wellesley MA 02482
(617) 593-5405